Fill in this information to identify the case:

Debtor name    **Hovatter Friedman Saputelli & Levi, LLP**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **19-31473**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 2, 2019**          X _____
                                                  Signature of individual signing on behalf of debtor

                                              **Edward J. Hovatter**
                                              Printed name

                                              **Managing Partner**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Hovatter Friedman Saputelli & Levi, LLP**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-31473**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................................    $      **1,087,225.71**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*....................................................................................    $      **1,087,225.71**

---

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      **481,194.65**

4.    **Total liabilities** ........................................................................................................
     Lines 2 + 3a + 3b      $      **481,194.65**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name    **Hovatter Friedman Saputelli & Levi, LLP**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-31473**

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **HFSL Operating Account at Republic Bank** | **Checking (Operating Account)** | **1092** | $27,167.74 |
| 3.2. | **HFSL New Jersey Trust Account at Republic Bank** | **Checking (Trust Account)** | **1068** | $38,973.20 |
| 3.3. | **HFSL Merchant Account at Republic Bank** | **Merchant Account** | **1114** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $66,140.94 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        345,384.77        -        0.00        = ....        $996,384.77
_____                    _____                    _____
face amount                            doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        | $996,384.77 |

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.    Office furniture **Office furniture and equipment (See Attached Schedule B-39)** | $24,700.00 | Appraisal | $24,700.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.        | $24,700.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　■ No.  Go to Part 9.
　　☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

　　■ No.  Go to Part 10.
　　☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　■ No.  Go to Part 11.
　　☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No.  Go to Part 12.
　　■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**
　　Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
　　Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Cause of action against Receiver Charles N. Persing** | **Unknown** |
|---|---|
| Nature of claim | **Breach of fiduciary duty** |
| Amount requested | **$0.00** |

| **Pending litigation against Vincent Masso** | **Unknown** |
|---|---|
| Nature of claim | **Collection of monies owed** |
| Amount requested | **$100,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| **Pending litigation against Mario Famulo** | | **Unknown** |
|---|---|---|
| Nature of claim | **Collection of monies owed** | |
| Amount requested | **$73,156.35** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Claim against D. Max Friedman, Esquire for breach of fiduciary duty, contribution, breach of contract, fraud, and fraud in the inducement.** | | **Unknown** |
|---|---|---|
| Nature of claim | | |
| Amount requested | **$0.00** | |

| **Claim against Gary W. Levi, Esquire  for breach of fiduciary duty, breach of contract,  and fraudulent transfers.** | | **Unknown** |
|---|---|---|
| Nature of claim | | |
| Amount requested | **$0.00** | |

| **Claim against Marc H. Stofman, Esquire for breach of fiduciary duty and breach of contract.** | | **Unknown** |
|---|---|---|
| Nature of claim | | |
| Amount requested | **$0.00** | |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $66,140.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $996,384.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $24,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,087,225.71 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,087,225.71 |

**Fill in this information to identify the case:**

Debtor name    **Hovatter Friedman Saputelli & Levi, LLP**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)   **19-31473**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Debtor name    **Hovatter Friedman Saputelli & Levi, LLP**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-31473**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,000.00** |
|---|---|---|---|
| | **Bederson LLP** | ■ Contingent | |
| | **347 Mt. Pleasant Avenue** | ■ Unliquidated | |
| | **West Orange, NJ 07052** | ■ Disputed | |
| | Date(s) debt was incurred ▬ | Basis for the claim:  Accounting services incurred by Receiver Persing | |
| | Last 4 digits of account number ▬ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **C. Martino, Inc.** | ■ Contingent | |
| | **72 2nd Avenue** | ■ Unliquidated | |
| | **Paterson, NJ 07514** | ■ Disputed | |
| | Date(s) debt was incurred ▬ | Basis for the claim:  Storage fees at the request of Receiver Persing | |
| | Last 4 digits of account number ▬ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,803.47** |
|---|---|---|---|
| | **Canon Financial Services, Inc.** | ☐ Contingent | |
| | **158 Gaither Drive** | ☐ Unliquidated | |
| | **Mount Laurel, NJ 08054** | ☐ Disputed | |
| | Date(s) debt was incurred ▬ | Basis for the claim:  Copier - termination costs as per Receiver Persing | |
| | Last 4 digits of account number ▬ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,000.00** |
|---|---|---|---|
| | **Charles Persing, Receiver** | ■ Contingent | |
| | **Bederson, LLP** | ■ Unliquidated | |
| | **347 Mount Pleasant Avenue** | ■ Disputed | |
| | **West Orange, NJ 07052** | | |
| | Date(s) debt was incurred ▬ | Basis for the claim:  Receiver costs and fees | |
| | Last 4 digits of account number ▬ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.5**

**Nonpriority creditor's name and mailing address**

**Commerical Insurance Partners, Inc.**
**225 Banyon Blvd., Suite 210**
**Naples, FL 34102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Edward J. Hovatter, Esquire**
**9 E. Aberdeen Road**
**Ocean City, NJ 08226**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Capital Call**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Gary Schafkopf, Esquire**
**11 Bala Ave**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Gary W. Levi, Esquire**
**5 Penny Lane**
**Medford, NJ 08055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Gellert Scali Busenkell & Brown, LLC**
**1628 John F. Kennedy Blvd., Suite 1901**
**Philadelphia, PA 19103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees incurred representing Receiver Persing**

Is the claim subject to offset? ■ No ☐ Yes

**$52,590.38**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**HBK CPAs & Consultants**
**220 Lake Drive East**
**Suite 205**
**Cherry Hill, NJ 08002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$12,337.50**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **2017, 2018 and 2019 Liabilities**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**J. Scott Watson, P.C.**
**Gregory Allard, Esquire**
**24 Regency Plaza**
**Glen Mills, PA 19342**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Counsel fees and/or costs incurred by Reciever Persing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Joseph A. Molinaro, LLC**
**Joseph A. Molinaro, Esquire**
**648 Wyckoff Avenue**
**Wyckoff, NJ 07481**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Counsel fees and/or costs incurred by Receiver Persing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kenneth & Randi Friedman**
**836 Matlock Drive**
**Moorestown, NJ 08057**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**M&D Bookkeeping & Accounting Services**
**19 Oleander Court**
**Mount Laurel, NJ 08054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Bookkeeping services incurred by Receiver Persing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Madison Ventures, LLC**
**c/o Mary Williamson Chatten**
**3223 Route 38**
**Mount Laurel, NJ 08054**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Landlord**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,463.30 |

**P.C. Support, Inc.**
**P.O. Box 1047**
**Hockessin, DE 19707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **January 2019**

Last 4 digits of account number _

Basis for the claim: **Service used by Receiver Persing to assist in preparing statements and invoices for billed and unbilled time.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Stark & Stark**
**Jennifer D. Gould, Esquire**
**777 Township Line Road, Suite 120**
**Yardley, PA 19067-5559**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Counsel fees and/or costs incurred by Receiver Persing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**State of New Jersey**
**NJ Division of Taxation**
**Revenue Processing Center**
**P.O. Box 643**
**Trenton, NJ 08646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017, 2018 and 2019**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**United Bankruptcy Services**
**385 Sheridan Blvd.**
**Denver, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Collection Agency fees and/or costs incurred by Receiver Persing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Winsec Technologies, LLC**
**300 Welsh Road**
**Building 4, Suite 155**
**Horsham, PA 19044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Wm.F. Comly & Sons, Inc.**
**1825 E. Boston Street**
**Philadelphia, PA 19125-1296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Appraisal fees incurred by Receiver Persing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gary F. Seitz, Esquire**<br>**Gellert Scali Busenkell & Brown, LLC**<br>**1628 John F. Kennedy Blvd., Suite 1901**<br>**Philadelphia, PA 19103** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Holly S. Miller, Esquire**<br>**Gellert Scali Busenkell & Brown, LLC**<br>**1628 John F. Kennedy Blvd., Suite 1901**<br>**Philadelphia, PA 19103** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jeffrey A. Cohen, Esquire**<br>**Flaster/Greenberg P.C.**<br>**Commerce Center**<br>**1810 Chapel Avenue West**<br>**Cherry Hill, NJ 08002** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Hovatter Friedman Saputelli & Levi, LLP | Case number (if known) | **19-31473** |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **Jeffrey Kurtzman, Esquire**<br>**Kurtzman Steady**<br>**38 N. Haddon Avenue**<br>**Haddonfield, NJ 08033** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 481,194.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 481,194.65 |

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest      **Copier Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Canon Financial Services, Inc.**<br>**158 Gaither Drive**<br>**Mount Laurel, NJ 08054** |

**Fill in this information to identify the case:**

Debtor name   **Hovatter Friedman Saputelli & Levi, LLP**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **19-31473**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **D. Max Friedman, Esquire** | **836 Matlock Drive Moorestown, NJ 08057** | **Kenneth & Randi Friedman** | ☐ D _____<br>■ E/F   **3.14**<br>☐ G _____ |
| 2.2 | **D. Max Friedman, Esquire** | **836 Matlock Drive Moorestown, NJ 08057** | **State of New Jersey** | ☐ D _____<br>■ E/F   **3.19**<br>☐ G _____ |
| 2.3 | **D. Max Friedman, Esquire** | **836 Matlock Drive Moorestown, NJ 08057** | **Edward J. Hovatter, Esquire** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |
| 2.4 | **D. Max Friedman, Esquire** | **836 Matlock Drive Moorestown, NJ 08057** | **Internal Revenue Service** | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |
| 2.5 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Bederson LLP** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **C. Martino, Inc.** | ☐ D ____ <br> ☑ E/F __3.2__ <br> ☐ G ____ |
| 2.7 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Charles Persing, Receiver** | ☐ D ____ <br> ☑ E/F __3.4__ <br> ☐ G ____ |
| 2.8 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Gellert Scali Busenkell & Brown, LLC** | ☐ D ____ <br> ☑ E/F __3.9__ <br> ☐ G ____ |
| 2.9 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **HBK CPAs & Consultants** | ☐ D ____ <br> ☑ E/F __3.10__ <br> ☐ G ____ |
| 2.10 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Internal Revenue Service** | ☐ D ____ <br> ☑ E/F __3.11__ <br> ☐ G ____ |
| 2.11 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **J. Scott Watson, P.C.** | ☐ D ____ <br> ☑ E/F __3.12__ <br> ☐ G ____ |
| 2.12 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Joseph A. Molinaro, LLC** | ☐ D ____ <br> ☑ E/F __3.13__ <br> ☐ G ____ |
| 2.13 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Kenneth & Randi Friedman** | ☐ D ____ <br> ☑ E/F __3.14__ <br> ☐ G ____ |

| ██ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **P.C. Support, Inc.** | ☐ D ____ ■ E/F __**3.17**__ ☐ G ____ |
| 2.15 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **Stark & Stark** | ☐ D ____ ■ E/F __**3.18**__ ☐ G ____ |
| 2.16 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **State of New Jersey** | ☐ D ____ ■ E/F __**3.19**__ ☐ G ____ |
| 2.17 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **United Bankruptcy Services** | ☐ D ____ ■ E/F __**3.20**__ ☐ G ____ |
| 2.18 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **Wm.F. Comly & Sons, Inc.** | ☐ D ____ ■ E/F __**3.22**__ ☐ G ____ |
| 2.19 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **Canon Financial Services, Inc.** | ☐ D ____ ■ E/F __**3.3**__ ☐ G ____ |
| 2.20 | **Edward J. Hovatter, Esquire** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **M&D Bookkeeping & Accounting Services** | ☐ D ____ ■ E/F __**3.15**__ ☐ G ____ |
| 2.21 | **Kimberly Hovatter** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **Bederson LLP** | ☐ D ____ ■ E/F __**3.1**__ ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.22 | **Kimberly Hovatter** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **C. Martino, Inc.** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.23 | **Kimberly Hovatter** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Charles Persing, Receiver** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.24 | **Kimberly Hovatter** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Gellert Scali Busenkell & Brown, LLC** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.25 | **Kimberly Hovatter** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **HBK CPAs & Consultants** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.26 | **Kimberly Hovatter** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **J. Scott Watson, P.C.** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.27 | **Kimberly Hovatter** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Joseph A. Molinaro, LLC** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.28 | **Kimberly Hovatter** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **Kenneth & Randi Friedman** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.29 | **Kimberly Hovatter** | **9 E. Aberdeen Road Ocean City, NJ 08226** | **P.C. Support, Inc.** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Kimberly Hovatter** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **Stark & Stark** | ☐ D \_\_\_\_\_ ■ E/F **3.18** ☐ G \_\_\_\_\_ |
| 2.31 | **Kimberly Hovatter** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **United Bankruptcy Services** | ☐ D \_\_\_\_\_ ■ E/F **3.20** ☐ G \_\_\_\_\_ |
| 2.32 | **Kimberly Hovatter** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **Wm.F. Comly & Sons, Inc.** | ☐ D \_\_\_\_\_ ■ E/F **3.22** ☐ G \_\_\_\_\_ |
| 2.33 | **Kimberly Hovatter** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **Canon Financial Services, Inc.** | ☐ D \_\_\_\_\_ ■ E/F **3.3** ☐ G \_\_\_\_\_ |
| 2.34 | **Kimberly Hovatter** | **9 E. Aberdeen Road** **Ocean City, NJ 08226** | **M&D Bookkeeping & Accounting Services** | ☐ D \_\_\_\_\_ ■ E/F **3.15** ☐ G \_\_\_\_\_ |
| 2.35 | **Marc H. Stofman, Esquire** | **4 Polo Court** **Cherry Hill, NJ 08003** | **Bederson LLP** | ☐ D \_\_\_\_\_ ■ E/F **3.1** ☐ G \_\_\_\_\_ |
| 2.36 | **Marc H. Stofman, Esquire** | **4 Polo Court** **Cherry Hill, NJ 08003** | **C. Martino, Inc.** | ☐ D \_\_\_\_\_ ■ E/F **3.2** ☐ G \_\_\_\_\_ |
| 2.37 | **Marc H. Stofman, Esquire** | **4 Polo Court** **Cherry Hill, NJ 08003** | **Canon Financial Services, Inc.** | ☐ D \_\_\_\_\_ ■ E/F **3.3** ☐ G \_\_\_\_\_ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.38 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **Charles Persing, Receiver** |

☐ D _____
■ E/F ___**3.4**___
☐ G _____

| | | | |
|---|---|---|---|
| 2.39 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **Gellert Scali Busenkell & Brown, LLC** |

☐ D _____
■ E/F ___**3.9**___
☐ G _____

| | | | |
|---|---|---|---|
| 2.40 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **HBK CPAs & Consultants** |

☐ D _____
■ E/F ___**3.10**___
☐ G _____

| | | | |
|---|---|---|---|
| 2.41 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **J. Scott Watson, P.C.** |

☐ D _____
■ E/F ___**3.12**___
☐ G _____

| | | | |
|---|---|---|---|
| 2.42 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **Joseph A. Molinaro, LLC** |

☐ D _____
■ E/F ___**3.13**___
☐ G _____

| | | | |
|---|---|---|---|
| 2.43 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **Kenneth & Randi Friedman** |

☐ D _____
■ E/F ___**3.14**___
☐ G _____

| | | | |
|---|---|---|---|
| 2.44 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **M&D Bookkeeping & Accounting Services** |

☐ D _____
■ E/F ___**3.15**___
☐ G _____

| | | | |
|---|---|---|---|
| 2.45 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **P.C. Support, Inc.** |

☐ D _____
■ E/F ___**3.17**___
☐ G _____

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.46 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **Stark & Stark** | ☐ D _____<br>■ E/F   **3.18**<br>☐ G _____ |
| 2.47 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **State of New Jersey** | ☐ D _____<br>■ E/F   **3.19**<br>☐ G _____ |
| 2.48 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **United Bankruptcy Services** | ☐ D _____<br>■ E/F   **3.20**<br>☐ G _____ |
| 2.49 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **Wm.F. Comly & Sons, Inc.** | ☐ D _____<br>■ E/F   **3.22**<br>☐ G _____ |
| 2.50 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **Edward J. Hovatter, Esquire** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |
| 2.51 | **Marc H. Stofman, Esquire** | **4 Polo Court Cherry Hill, NJ 08003** | **Internal Revenue Service** | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  **Debtor v. Yeates, Alvin**<br>**DJ-135931-17** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3.  **Debtor v. McGonigal**<br>**DJ-212942-17** | | **Gloucester County Superior Court**<br>**1 North Borad Street**<br>**Woodbury, NJ 08096** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4.  **Debtor v. Shah**<br>**DJ-165773-17** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5.  **Debtor v. Persiano, Anthony, et al.,**<br>**L-000556-18** | | **Atlantic County Superior Court**<br>**5901 Main Street**<br>**Mays Landing, NJ 08330** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.  **Debtor v. Procaccini, Massimo**<br>**L-000650-18** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.  **Debtor v. Pickielniak, John**<br>**DJ-156641-17** | | **Ocean County Superior Court**<br>**118 Washington Street**<br>**Toms River, NJ 08754** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.8.  **Debtor v. Famularo, Mario, et al.,**<br>**L-000686-18** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9.  **Debtor v. Masso, Vincent**<br>**L-000687-18** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.10. **Debtor v. Madison Ventures, LLC, et al.,**<br>**L-000757-18** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.11. **Kenneth Friedman and Randi Friedman v. Debtor, et al.,**<br>**C-13-18** | | **Camden County Superior Court**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name   **Hovatter Friedman Saputelli & Levi, LLP**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **19-31473**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ☐ Operating a business<br>**Tax Returns Not Filed.  Not sufficient Information in Receiver's Report**<br>■ Other | **Unknown** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>**Tax Returns Not Filed.  Not sufficient Information in Receiver's Report**<br>■ Other | **Unknown** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other **Tax Return** | **$865,393.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

□ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kenneth and Randi Friedman**<br>**836 Matlock Drive**<br>**Moorestown, NJ 08057**<br>**Parents of Partner D. Max Friedman,**<br>**Esquire** | **4/11/2019 for**<br>**$40,000.00**<br>**Unknown**<br>**dates for a**<br>**total of**<br>**$48,374.15** | **$88,374.15** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

□ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|
| **Madison Ventures, LLC** | **Receiver Persing provided Madison**<br>**Ventures, LLC with "non-computer**<br>**equipment" to facilitate a Settlement by and**<br>**between Kenneth Friedman, Randi**<br>**Friendman, Madison Ventures, DeFiore**<br>**Enterprices a/k/a P. DeFiore and the Debtor.**<br>Last 4 digits of account number: _____ | **April 2019** | **Unknown** |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **Debtor v. Rice**<br>**DJ-212642-17** | | **Gloucester Couny Superior**<br>**Court**<br>**1 North Borad Street**<br>**Woodbury, NJ 08096** | □ Pending<br>□ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Debtor v. Yeates, Alvin**<br>**DJ-135931-17** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Debtor v. McGonigal**<br>**DJ-212942-17** | | **Gloucester County Superior Court**<br>**1 North Borad Street**<br>**Woodbury, NJ 08096** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Debtor v. Shah**<br>**DJ-165773-17** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Debtor v. Persiano, Anthony, et al.,**<br>**L-000556-18** | | **Atlantic County Superior Court**<br>**5901 Main Street**<br>**Mays Landing, NJ 08330** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Debtor v. Procaccini, Massimo**<br>**L-000650-18** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Debtor v. Pickielniak, John**<br>**DJ-156641-17** | | **Ocean County Superior Court**<br>**118 Washington Street**<br>**Toms River, NJ 08754** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Debtor v. Famularo, Mario, et al.,**<br>**L-000686-18** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Debtor v. Masso, Vincent**<br>**L-000687-18** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Debtor v. Madison Ventures, LLC, et al.,**<br>**L-000757-18** | | **Burlington County Superior Court**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. | **Kenneth Friedman and Randi Friedman v. Debtor, et al.,**<br>**C-13-18** | | **Camden County Superior Court**<br>**101 S. 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Reciever Charles Persing**<br>**347 Mt. Pleasant Avenue**<br>**West Orange, NJ 07052** | **Debtor's Books and records**<br>**Debtor's Account (1 Operating, 2 Trust, 1 Merchant)**<br>**All client files**<br>**All office furniture**<br>**All software and hardware** | **Unknown** |

| Case title | Court name and address |
|---|---|
| **Friedman, et al., v. Debtor, et al.,** | **Camden County NJ** |
| Case number | **Superior Court** |
| **C-13-18** | **101 S. 5th Street** |
| Date of order or assignment | **Camden, NJ 08103** |
| **Msy 2018** | |

---

<table><tr><td style="background:black;color:white">**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr></table>

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

     ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table><tr><td style="background:black;color:white">**Part 5:**</td><td>**Certain Losses**</td></tr></table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

     ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<table><tr><td style="background:black;color:white">**Part 6:**</td><td>**Certain Payments or Transfers**</td></tr></table>

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

     ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bielli & Klauder, LLC 1500 Walnut Street Suite 900 Philadelphia, PA 19102 | | 11/13/2019 | $5,000.00 |
| | **Email or website address** www.bk-legal.com | | | |
| | **Who made the payment, if not debtor?** Edward Hovatter directly as a capital call/capital payment to the Debtor | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Madison Ventures, LLC c/o Mary Williamson Catten, Esquire 3223 Route 38 Mount Laurel, NJ 08054 | Receiver Persing used "non computer equipment" to aid in settlement with former landlord. | April 2019 | Unknown |
| | **Relationship to debtor** Former Landlord | | | |

---

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 3221 Route 38 Mount Laurel, NJ 08054 | Until May 2018 |

---

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

□ No.
■ Yes. State the nature of the information collected and retained.

**The Debtor maintained client files. The client files were in possession of Receiver Persing at the time of filing. These files contain social security numbers, dates of birth, passwords and usernames. The client files also contain original wills, deeds, mortages and promissory notes.**

**The Debtor maintained cloud based client recordkeeping called "TABS". The username and password for the TABS systems were in the possession and control of Receiver Persing as of the Petition Date.**

Does the debtor have a privacy policy about that information?
■ No
□ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **C. Martino, Inc.**<br>**72 2nd Avenue**<br>**Paterson, NJ 07514** | **Receiver Charles N. Persing**<br>**347 Mt. Pleasant Avenue**<br>**West Orange, NJ  07052** | **Approximately 68 Boxes of paper files** | ■ **No**<br>☐ **Yes** |
| **Bederson LLP**<br>**347 Mt. Pleasant Avenue**<br>**West Orange, NJ 07052** | **Receiver Charles N. Persing**<br>**347 Mt. Pleasant Avenue**<br>**West orange, NJ  07052** | **Numerous Electornic Files Eight (8) Computers Approximately 10 boxes of records.** | ■ **No**<br>☐ **Yes** |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various clients of the Debtor** | **Receiver Charles N. Persing**<br>**347 Mt. Pleasant Avenue**<br>**West Orange, NJ 07052** | **Original documents such as deeds, wills, mortgages, promossory notes, land use plans, architectural drawings, estatement documents and client files.** | **Unknown** |

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **HBK CPAs & Consultants**<br>**220 Lake Drive East**<br>**Suite 205**<br>**Cherry Hill, NJ 08002** | **January 2015**<br>**through May 2018** |
| 26a.2. | **Reciever Charles Persing**<br>**347 Mt. Pleasant Avenue**<br>**West Orange, NJ 07052** | **May 2018 through**<br>**date of filing** |
| 26a.3. | **Kimberly Hovatter**<br>**9 E. Aberdeen Road**<br>**Ocean City, NJ 08226** | **January 2015**<br>**through August**<br>**2018** |
| 26a.4. | **M&D Bookkeeping & Accounting Services**<br>**19 Oleander Court**<br>**Mount Laurel, NJ 08054** | **January 2015**<br>**through date of**<br>**filing** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
   within 2 years before filing this case.

   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **HBK CPAs & Consultants**<br>**220 Lake Drive East**<br>**Suite 205**<br>**Cherry Hill, NJ 08002** | **January 2015**<br>**through May 2018** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **Reciever Charles Persing**<br>**347 Mt. Pleasant Avenue**<br>**West Orange, NJ 07052** | **May 2018 through**<br>**date of filing** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Reciever Charles Persing**<br>**347 Mt. Pleasant Avenue**<br>**West Orange, NJ 07052** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Andrew J. Comply** | **July 6, 2018** | Fair Market Value in Place of $33,700.00 |

| Name and address of the person who has possession of inventory records |
|---|
| **Reciever Charles Persing**<br>**347 Mt. Pleasant Avenue**<br>**West Orange, NJ 07052** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reciever Charles Persing** | **347 Mt. Pleasant Avenue**<br>**West Orange, NJ 07052** | **Receiver of the Debtor** | **zero (0)** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Gary W. Levi** | **c/o Jeffrey Kutzman, Esquire**<br>**Kurtzman Steady, LLC**<br>**38 N. Haddon Avenue**<br>**Haddonfield, NJ 08033** | **Limited Partner** | **Four Percent (4%)** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **D. Max Friedman** | **1616 Walnut St.**<br>**Suite 508**<br>**Philadelphia, PA 19103** | **Limited Partner** | **Twenty-One Percent (21%)** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Edward J. Hovatter** | **9 E. Aberdeen Road**<br>**Ocean City, NJ 08226** | **General Partner** | **Seventy-Five Percent (75%)** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

    ■ No

    ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                               **Employer identification number of the parent corporation**

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 2, 2019**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Managing Partner**

**Edward J. Hovatter**
Printed name

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Jersey

In re   Hovatter Friedman Saputelli & Levi, LLP     Case No.   **19-31473**

Debtor(s)     Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hovatter Friedman Saputelli & Levi, LLP**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**D. Max Friedman, Esquire**
**836 Matlock Drive**
**Moorestown, NJ 08057**

**Edward J. Hovatter, Esquire**
**9 E. Aberdeen Road**
**Ocean City, NJ 08226**

**Gary W. Levi, Esquire**
**5 Penny Lane**
**Medford, NJ 08055**

☐ None [*Check if applicable*]

**December 2, 2019**

Date

**/s/ Nella Bloom, Esquire**

**Nella Bloom, Esquire**

Signature of Attorney or Litigant

Counsel for   **Hovatter Friedman Saputelli & Levi, LLP**

**Bielli & Klauder, LLC**

**1500 Walnut Street**
**Suite 900**
**Philadelphia, PA 19102**
**2156428271 Fax:2157544177**
**nbloom@bk-legal.com**