UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Rudi R. Grueneberg, Esquire
(ID No. 028991981)
GRUENEBERG LAW GROUP, LLC
2 Eves Drive, Suite 208
Marlton, NJ 08053
(856) 267-5907
Email: rgrueneberg@rglawgroup.com

In Re:

HOVATTER, FRIEDMAN, SAPUTELLI & LEVI, LLC

Chapter 7

Case No. 19-31473 (ABA)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002

NOTICE IS HEREBY GIVEN, pursuant §1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that Grueneberg Law Group, LLC hereby appears on behalf of Trustee, Andrew Sklar, in the above-captioned case.

NOTICE IS FURTHER GIVEN that Grueneberg Law Group, LLC requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees of their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the following:

Rudi R. Grueneberg, Esquire
GRUENEBERG LAW GROUP, LLC
2 Eves Drive, Suite 208
Marlton, NJ 08053
(856) 267-5907
(856) 267-5914 / fax
Email: rgrueneberg@rglawgroup.com

1

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or the property of such debtor or the debtor's case.

GRUENEBERG LAW GROUP, LLC

By:  /s/ Rudi R.Grueneberg
Rudi R. Grueneberg, Esquire
2 Eves Drive, Suite 208
Marlton, NJ 08053
(856) 267-5907
(856) 267-5914 / fax
*Attorneys for Chapter 7 Trustee,
Andrew Sklar*

Dated: March 6, 2020