**McManimon Scotland & Baumann, LLC**
Andrea Dobin, Esq.
427 Riverview Plaza
Trenton, NJ 08611
(973) 323-8667 (phone)
adobin@msbnj.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>HOVATTER FRIEDMAN SAPUTELLI & LEVI,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-31473(ABA) |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the withdrawal of Jonathan S. Ziss, Esq. of Goldberg Segalla, LLP as counsel for Charles N. Persing, as the Receiver for Hovatter Friedman Saputelli & Levi, LLP (the "Receiver") and the substitution of Andrea Dobin, Esq. of McManimon Scotland & Baumann, LLC as superseding counsel for the Receiver as to all matters relating to the above-captioned proceeding.

**GOLDBERG SEGALLA, LLP,**               **McManimon Scotland & Baumann, LLC**

By:   /s/ Jonathan S. Ziss                           By:   /s/ Andrea Dobin
     Jonathan S. Ziss                                       Andrea Dobin

*Withdrawing Counsel for the Receiver*         *Superseding Counsel for the Receiver*