# *ANDREW SKLAR, CHAPTER 7 TRUSTEE*

*20 BRACE ROAD – SUITE 205*
*CHERRY HILL, NEW JERSEY 08034*
*TEL:  856-258-4050  FAX:  856-258-6941*

March 29, 2022

Honorable Andrew B. Altenburg, Jr.
U.S. Bankruptcy Court
Camden, NJ 08103

**In Re:**        **Hovatter Friedman Saputelli & Levi**
                      **Chapter 7 Case No. 19-31473-ABA**

Dear Judge Altenburg:

Kindly accept this letter in lieu of a more formal status report for the above matter.  The Trustee is currently pursuing claims against the state court receiver, as well as an adversary proceeding against the "secured" creditor to determine the extent and validity of the secured lien.  It is expected that both of these will be resolved within ninety (90) days.  The Trustee is also pursuing a large accounts receivable claim against a former client of the Debtor.  This claim is subject to contested litigation, and it is not expected to resolve for at least six (6) months.

Thank you for your consideration in this matter.

Very truly yours,

**/s/ Andrew Sklar**

Andrew Sklar, Esquire
/AS