# ANDREW SKLAR, CHAPTER 7 TRUSTEE
# SKLAR LAW LLC
20 Brace Road – Suite 205
Cherry Hill, New Jersey 08034

**ANDREW SKLAR**  **TEL: 856-258-4050**
Member NJ and PA Bars  FAX: 856-258-6941
Website: www.sklarlaw.com  andy@sklarlaw.com

October 25, 2022

Honorable Andrew B. Altenburg, Jr.
UNITED STATES BANKRUPTCY COURT
401 Market Street
Camden, NJ 08103

      In Re:      **HOVATTER FRIEDMAN SAPUTELLI & LEVI LLP**
                    **Chapter 7 Case No. 19-31473/ABA**
                    **Status Conference: 10/25/22**

Dear Judge Altenburg:

    I am the Chapter 7 Trustee for Hovatter Friedman Saputelli & Levi LLP. Kindly accept this letter in lieu of a more formal status report for the above matter. There in one matter remaining in this case, which is resolution of adversary number 20-1210. This matter is currently scheduled for trial for February 16, 2023.

    In addition, Accountants have been retained to prepare final estate tax returns. Therefore, I not expect to submit my Trustee's Final Report to the Office of the U.S. Trustee before 6/30/2023.

    Thank you for your consideration in this matter.

                    Respectfully yours,
                    **SKLAR LAW, LLC**

                    **/s/ Andrew Sklar**

                    **ANDREW SKLAR, CHAPTER 7 TRUSTEE**

AS:dem

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS FIRM IS A DEBT COLLETOR**